918

No. 1173. STILL ET AL. v. ROSSVILLE CRUSHED STONE Co., INC. C. A. 6th Cir. Certiorari denied. *Joe Timberlake* for petitioners. *Frank M. Gleason* for respondent.

No. 1214. STRATHMORE SECURITIES, INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied. *Maurice J. Mahoney* for petitioners. *Solicitor General Marshall, Philip A. Loomis, Jr.,* and *Walter P. North* for respondent.

No. 1215. BABCOCK ET UX. v. PHILLIPS. C. A. 10th Cir. Certiorari denied. *Gene W. Reardon* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harry Baum* for respondent.

No. 1219. BEALL PIPE & TANK CORP. v. SHELL OIL Co. C. A. 9th Cir. Certiorari denied. *Kenneth E. Roberts* for petitioner. *Arden E. Shenker* for respondent.

No. 1222. GARY AIRCRAFT CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *L. G. Clinton, Jr.,* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1225. COLSON CORP. v. EVEREST & JENNINGS, INC., ET AL. C. A. 7th Cir. Certiorari denied. *Barry L. Kroll* for petitioner. *Allan D. Mockabee* for respondents.

No. 1226. MALLON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert V. Blade* for petitioners. *Solicitor General Marshall* for the United States.